DULMES, Administratrix, Respondent, vs. RAMAKER and others, Defendants and Respondents, and KUMBIER (FRANK), Appellant.

For the appellant: *Ernest H. Pett* and *Sanborn, Blake & Aberg*, all of Madison.

For the respondent administratrix: *Herman C. Runge* of Sheboygan.

For the respondents Ramaker: *Werner & Clemens* and *Fulton H. Leberman,* all of Sheboygan, and *Stephens, Sletteland & Sutherland* and *Marvin P. Verhulst* of counsel, all of Madison.

*By the Court.*—Judgment affirmed.

ESTATE OF WEIHERT: WEIHERT, Respondent, vs. OPEL, Appellant.

For the appellant: *Herman Brill* of Columbus and *Bagley, Spohn, Ross & Stevens* of Madison.

For the respondent: *Skinner & Thauer* of Watertown and *Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Judgment affirmed.

GRAF and wife, Respondents, vs. SOELLE and wife, Appellants.

For the appellants: *V. H. Cady* of Baraboo.

For the respondents: *Grotophorst, Quale & Langer* of Baraboo.

*By the Court.*—Judgment affirmed.